# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 19, 2022

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  Victor Castillo v. La Tinfora Grocery Corp., et al
 Docket No.: 22-cv-09640 (PAE) (SDA)

Your Honor:

Our office represents Plaintiff in the above-referenced matter. In accordance with Rule I.E. of Your Honor's Individual Rules and Practices in Civil Cases, I write to respectfully request a one-week extension to file the joint letter addressing whether a dismissal of this case is consistent with the Court's obligation to review private settlements of FLSA claims. Defendants consent to this request and this is the first request of its kind. The reason for the request is that the undersigned will be underdoing a medical procedure this week, which will cause me to miss some time from work. I also will be out of the office on Monday, December 26th for the holiday. The requested extension would provide the parties with sufficient time to file the foregoing letter.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

*/s/ William K. Oates*
William K. Oates, Esq.

cc: Mr. Pascual Nunez (via first-class mail)

Granted. The parties shall submit the letter by December 28, 2022. The Court wishes everyone a happy and healthy holiday season. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
December 20, 2022

*Certified as a minority-owned business in the State of New York*