# CSM Legal, P.C.
## Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 28, 2022

**Via ECF**

Honorable Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

    Re:    Victor Castillo v. La Tinfora Grocery Corp., et al  
              Docket No.: 22-cv-09640 (PAE) (SDA)

Your Honor:

    Our office represents Plaintiff in the above-referenced matter. In accordance with Rule I.E. of Your Honor's Individual Rules and Practices in Civil Cases, I write to respectfully request a one-day extension to file the joint letter addressing whether a dismissal of this case is consistent with the Court's obligation to review private settlements of FLSA claims. Defendants consent to this request and this is the second request of its kind. The Court granted Plaintiff's first request for an extension of time to submit the joint letter. The joint letter is in near-final form, but the undersigned respectfully requests a one-day extension to review and finalize the letter with Plaintiff, Defendants, and my supervisor.

    Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ William K. Oates  
William K. Oates, Esq.

cc: Mr. Pascual Nunez (via hand-delivery)

Granted. The joint letter shall be submitted no later than December 30, 2022.  
SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER  
**United States District Judge**  
December 29, 2022

*Certified as a minority-owned business in the State of New York*