UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CASTILLO, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

-v-

LA TINFORA GROCERY CORP. ET AL.,

                    Defendants.

22 Civ. 9640 (PAE) (SDA)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The parties have filed a joint letter stating that the Court's approval of their proposed resolution of plaintiff's claims arising under the Fair Labor Standards Act ("FLSA") is required. Dkt. 19.  To facilitate the Court's review of the parties' resolution of plaintiff's claims, the Court orders that the parties file their proposed settlement agreement on the docket of this case by January 17, 2023.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            Paul A. Engelmayer
                                            United States District Judge

Dated:  January 9, 2023
          New York, New York