# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 17, 2023

**Via ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Victor Castillo v. La Tinfora Grocery Corp., et al
   Docket No.: 22-cv-09640 (PAE) (SDA)

Your Honor:

Our office represents Plaintiff in the above-referenced matter. I write, jointly with Defendants, to inform the Court that Plaintiff, through counsel, and Defendants have been attempting to negotiate a settlement of all claims and defenses in the above-referenced action in lieu of just the amount of Plaintiff's attorneys' fees and costs. Towards that end, the parties respectfully request to either submit a settlement agreement for the Court's review or to provide a status report to the Court regarding settlement by February 3, 2023. We apologize to the Court for any inconvenience.

The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ William K. Oates
William K. Oates, Esq.

cc: Mr. Pascual Nunez (via first-class mail)

Granted. The parties are directed to file, by February 3, 2023, a joint status report as to the settlement agreement. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
January 18, 2023

*Certified as a minority-owned business in the State of New York*