# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 21, 2023

<u>Via ECF</u>  
Honorable Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

   Re: Victor Castillo v. La Tinfora Grocery Corp., et al  
     <u>Docket No.: 22-cv-09640 (PAE) (SDA)</u>

Your Honor:

  Our office represents Plaintiff in the above-referenced action. I write to respectfully request the Court for an extension to file the parties' fairness submission, from Thursday, March 23, 2023 until Monday, April 24, 2023. This is the first request of its kind. Defendants consent to this request.

  The parties are in the process of exchanging drafts of the settlement agreement. The reason for the within request, however, is that today is the undersigned's last day of work at C.S.M. Legal, P.C. and my replacement's first day of work is April 10, 2023. The requested extension should afford the new lead attorney for Plaintiff with sufficient time to become familiar with the record in this matter and to file the fairness submission by April 24, 2023.

  Plaintiff thanks the Court for its time and consideration of this matter.

                Respectfully Submitted,

Granted.

**SO ORDERED.**

*/s/ William K. Oates*  
William K. Oates  
*Attorney for Plaintiff*

*Paul A. Engelmayer* (signature)

**PAUL A. ENGELMAYER**  
**United States District Judge**

March 22, 2023

*Certified as a minority-owned business in the State of New York*