# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 6, 2023

**BY ECF**  
Hon. Paul A. Engelmayer  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

Re: Castillo et al v. La Tinfora Grocery Corp. et al  
22-cv-09640-PAE-SDA

Your Honor:

This firm represents Plaintiff in the above-referenced matter. The parties submit this letter jointly to respectfully request an extension to file the settlement agreement. The parties apologize for not submitting the settlement materials on the June 6, 2023 deadline. This is the fourth request of its kind. Defendants consent to this letter.

The parties had difficulty reaching an agreement of several clauses contained wherein. We believe that the resulting agreement satisfies the Second Circuits' guidelines for FLSA settlement agreements. The parties finally reached an agreement on May 30, 2023. Although Plaintiff has executed the Agreement, at 4:00 p.m. on June 6, 2023 we received communication from Defendants' counsel that they are sending the agreement to their clients and have made arrangements to have the signatures of each defendant notarized. As there are multiple defendants the execution of these signatures will require more time.

As such, the parties respectfully request that the deadline to submit be extended to June 13, 2023.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/  
Catalina Sojo, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

Granted. The parties should not expect further extensions. SO ORDERED.

*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge  
June 7, 2023

*Certified as a minority-owned business in the State of New York*